UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| ROBERT WAYNE DENNIS : | Crim. No. 1:21-cr-00679-JEB |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Nialah S. Ferrer is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: September 30, 2022      By:   */s/ Nialah S. Ferrer*
NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
United States Attorney's Office
District of Columbia
(202) 557-1490
nialah.ferrer@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 30th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Nialah A. Ferrer*
NIALAH S. FERRER
Assistant United States Attorney