IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21-cr-00679-JEB |
| | : | |
| **ROBERT WAYNE DENNIS.** | : | |

### NOTICE OF PUBLIC AUTHORITY DEFENSE

Robert Wayne Dennis, through counsel, and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of some of the alleged offenses. Mr. Dennis submits that, on or about January 6, 2021, he was and believed he was directed and authorized to go to the Capitol building and enter the Capitol Grounds by Donald J. Trump and his various agents and representatives. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

Respectfully Submitted,

Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-Phone (301) 807-3847
aorenberg@orenberglaw.com
Counsel for Robert Wayne Dennis

Dated: November 7, 2022