UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Case No.:   1:21-CR-679-JEB |
| **ROBERT WAYNE DENNIS,** | : | |
| | | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Jason M. Manning will be substituting for former AUSA Stephen Rancourt in the above-captioned matter.

                                                             Respectfully submitted,

DATED: December 5, 2022                MATTHEW M. GRAVES
                                                           United States Attorney
                                                           D.C. Bar No. 481052

                  By:        */s/ Jason M. Manning*
                                     JASON M. MANNING
                                     NY Bar No. 4578068
                                     Trial Attorney, Detailee
                                     1400 New York Ave NW, 11th Floor
                                     Washington, D.C. 20005
                                     (202) 514-6256
                                     jason.manning@usdoj.gov

## CERTIFICATE OF SERVICE

On this 5th day of December 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: */s/ Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
jason.manning@usdoj.gov