UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WAYNE DENNIS,<br><br>Defendant. | Criminal Action No. 21-679 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Defendant's [28] Motion to Dismiss is DENIED.

s/ <i>James E. Boasberg</i><br>JAMES E. BOASBERG<br>United States District Judge

Date: December 6, 2022

1