UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
V.                         :   NO. 1:21-CR-00679-JEB
                           :
ROBERT WAYNE DENNIS.       :

## DEFENDANT'S UNOPPOSED MOTION FOR AUTHORIZATION OF DAILY TRANSCRIPTS OF TRIAL PROCEEDINGS

Comes now Defendant, Mr. Robert Dennis, by and through his attorney Allen Orenberg, to respectfully request the entry of an Order authorizing daily transcripts of trial proceedings, pursuant to the Criminal Justice Act. As grounds, the following is stated:

1. This motion is unopposed per Assistant U.S. Attorney Jason P. Manning.

2. A bench trial is scheduled for January 9, 2023, and is expected "to run" for 3-5 days.

3. Undersigned counsel is a solo practitioner and appointed by the Court. The requested daily transcripts are necessary since, during the trial itself, counsel will not be able to take contemporaneous and comprehensive notes of the trial testimony, bench conferences, etc.

4. Production of the requested daily transcripts should assure the Court that counsel – for both the defendant and the government – will make accurate

references to admitted trial evidence during closing arguments, as well as provide a simultaneous record to refer to if any objections/disputes arise during the trial.

5. Upon the Court granting this motion, counsel will initiate a CJA-24 through eVoucher, requesting the daily transcripts.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, Mr. Robert Dennis, by and through his attorney Allen Orenberg, respectfully requests the entry of an Order authorizing daily transcripts of trial proceedings, pursuant to the Criminal Justice Act.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-Phone (301) 807-3847
aorenberg@orenberglaw.com
Counsel for Robert Wayne Dennis

Dated: December 28, 2022