UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21-cr-00679-JEB |
| | : | |
| **ROBERT WAYNE DENNIS.** | : | |

**DEFENDANT'S NOTICE OF FILING**

Comes Now Defendant, Robert Wayne Dennis by and through counsel, hereby files this Notice of Filing of an Exhibit to the Defendant's Motion to Suppress Statements. (ECF 36)

On page 4 of Motion to Suppress Statements, there is a referenced excerpt to a FBI Electronic Communication. *See* Figure 1, page 4 of ECF 36. This document is now submitted, in full, as an Exhibit to the Defendant's Motion to Suppress Statements. (ECF 36).

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

DATED: January 4, 2023