FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Opening EC - Full Investigation  **Date:** 05/28/2021

**From:** DALLAS
     DL-CT-3
     **Contact:** Adam Pope

**Approved By:** Nicholas A. Caslen
               A/CDC Elissa Ann Okoniewski

**Drafted By:** Adam Pope

**Case ID #:** 266H-DL-3446986    (U) ROBERT WAYNE DENNIS; FEDERAL OFFICERS; WASHINGTON, DC; ASSAULTING FEDERAL OFFICER; ANTI-GOVERNMENT/ANARCHIST EXTREMISM TIER I

**Synopsis:** (U//FOUO) To open a new full investigation

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) LHM

**Details:**

(U) Captioned investigation is being initiated based on Body Worn Camera footage from the Metropolitan Police Department of the District of Columbia showing Robert Wayne Dennis in violation of 18 U.S.C. § 111 - Assaulting, resisting, or impeding certain officers or employees.

**(U) CDC APPROVAL**

(U) Field Office CDC has reviewed the underlying predication and concurred with the opening of this full investigation. Pursuant to CTPG, section 10.4.1, the investigation will be reviewed by the CDC at least semi-annually.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U) Opening EC - Full Investigation
Re:    266H-DL-3446986, 05/28/2021

**(U) SUMMARY OF PREDICATION:**

(U) The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary

security barriers and posts manned by U.S. Capitol Police. Only authorized people, such as members of the United States Congress and their professional staff, with appropriate identification are allowed access inside the U.S. Capitol.

(U) On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

(U) On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate met in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had occurred on November 3, 2020. The joint session began at approximately 1:00 p.m. (Eastern Standard Time). The Vice President of the United States - Mike Pence - was present and presiding in the Senate chamber.

(U) With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

(U) At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S.

Title: (U) Opening EC - Full Investigation
Re: 266H-DL-3446986, 05/28/2021

Capitol Police, and the crowd advanced to the exterior façade of the U.S. Capitol. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, by, among other things, breaking windows.

(U) Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol in a secure location from the time he was evacuated from the Senate Chamber until the sessions resumed.

(U) During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of scores of individuals inside the U.S. Capitol building without authority to be there and engaging in conduct in violation of Federal laws.

(U) Social media and video footage of the event show rioters making statements consistent with Anti-Authority/Anti-Government (AA/AG) Extremism. A review of open source and social media posts leading up to and during the event indicate that individuals participating in the "Stop the Steal" rally were angered about the results of the 2020 Presidential election, and felt that Joseph Biden had unlawfully been declared President-Elect. Users in multiple online groups and platforms discussed traveling to the Capitol armed or making plans to start a "revolution" on that day. Participants in the riot used violence, which resulted in

Title:  (U) Opening EC - Full Investigation
Re:   266H-DL-3446986, 05/28/2021

injuries to multiple law enforcement officers and damage to the United States Capitol building, all with the intent to subvert the certification of the electoral election ballots and thereby disrupt the election of the President of the United States in furtherance of their AA/AG ideology.

(U//FOUO) On May 10, 2021 Dallas FBI received lead serial #1 from Washington FBI for full investigation 89B-WF-3368293-Robert_Dennis. Lead # 1 requested investigation into assault on federal officer/s by Garland, Texas resident Robert Wayne Dennis during the January 6, 2021 U.S. Capitol Riots.

(U//FOUO) From May 10 - May 27, 2021 Body Worn Camera(BWC) footage that was copied directly from the Metropolitan Police Department (MPD) of the District of Columbia video storage repository was reviewed and depicted the following information.:

(U) Time stamps are referenced in 24-hour time format to match video evidence.

(U//FOUO) On January 6, 2021 at approximately 1451:19 hours MPD Officer J. Stadnick's (Stadnick) BWC #X6309BKBA captured the following: A male subject approached the line of MPD Officers separating the crowd from the U.S. Capitol. The subject was wearing a black jacket, black beanie, dark glasses, tan face covering, blue jeans and gloves. The subject pointed at the officers and appeared to place his hands on an officer. Officer D. Pacheco (Pacheco) used a two handed baton technique to push the subject away from the line of officers. The subject grabbed ahold of Officer Pacheco's baton and was turned sideways, colliding with Officer Stadnick. Officer Stadnick used a two handed baton technique to push the subject away from the line. The subject turned back to Officer Stadnick and maintained ahold of a baton and knocked Officer Stadnick to the ground. Officer Stadnick's baton was knocked out of his hands. Officer Stadnick recovered his baton, returned to a standing position and

Title:  (U) Opening EC - Full Investigation
Re:    266H-DL-3446986, 05/28/2021

resumed his position on the line separating the crowd from the U.S. Capitol while other officers attempted to control the subject.

(U//FOUO) On January 6, 2021 at approximately 1451:22 hours MPD Officer Pacheco's BWC #X6039BJ2Q captured the following: A male subject approached the line of MPD Officers separating the crowd from the U.S. Capitol. The subject was wearing a black jacket, black beanie, dark glasses, tan face covering, blue jeans and gloves. As the subject imminently closed in on the line of officers, Officer Pacheco used a two handed baton technique to push the subject back. At approximately 1451:26 hours the subjects right hand was visible holding onto the adjacent (left side) officer's baton. At approximately 1451:27 hours the subject was seen holding Officer Pacheco's baton with his left hand. The subject then released the adjacent officer's baton with his right hand, and placed both hands on Officer Pacheco's baton. The subject then came toward Officer Pacheco shoving her while still holding onto Officer Pacheco's baton. Officer Stadnick stepped in to assist and was subsequently taken to the ground by the subject. Officer Pacheco returned to the line as officers attempted to detain the subject.

(U//FOUO) On January 6, 2021 at approximately 1451:20 hours MPD Officer C. Curtice (Curtice) BWC #X6039BFMV captured the following: A male subject approached the line of MPD Officers separating the crowd from the U.S. Capitol. The subject was wearing a black jacket, black beanie, dark glasses, tan face covering, blue jeans and gloves. At approximately 1451:30 hours the subject shoved bodily into Officers Pacheco and Stadnick. At approximately 1451:37 the subject was seen on top of Officer Stadnick continuing to fight for body position with officers. At approximately 1451:40 hours officers appeared to have control of the subject's arms, but the subject continued to roll and kick with his legs towards officers. The subject rolled to his stomach and verbally and physically refused to give his hands to the officers when ordered to do

Title: (U) Opening EC - Full Investigation
Re: 266H-DL-3446986, 05/28/2021

so. The subject was ultimately double handcuffed for his comfort and taken into custody. The subject was removed from the vicinity and relocated to another area of the U.S. Capitol grounds.

(U//FOUO) At approximately 1512:10 hours the subject was informed that due to his need for medical treatment (bleeding from possible head wound) and MPD's inability to safely get him treatment due to the hostile crowd, the subject would be release and a warrant for his arrest would be applied for. The subject asked the officers if he was going to be let go. The MPD Officers reiterated the subject would be released and an arrest warrant would be applied for in the future.

(U//FOUO) At approximately 1513:10 hours the subject identified himself verbally as Robert Wayne Dennis (Dennis), of Texas. Dennis provided officers Social Security Number (SSN): 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. MPD Officers inform Dennis he would be stood up and released. Officers verified Dennis understood that a warrant would be applied for for his arrest. At approximately 1514:38 hours Dennis responded, "Yes." At approximately 1515:15 hours Dennis was released from handcuffs and MPD Officers assisted Dennis in cleaning his face. At approximately 1516:48 Dennis stepped outside the barricade and was released on his own recognizance.

(U//FOUO) CLEAR was used to verify SSN: 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. Returns confirmed SSN: 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 is associated with Robert Wayne Dennis, date of birth (DOB) 12/28/1959, home address 6501 Alta Oaks Drive, Garland, Texas, 75043.

(U) Baseline checks revealed no wants, warrants, or criminal history associated with Dennis.

**(U) POTENTIAL VIOLATIONS OF FEDERAL LAW:**

(U) Potential violations of federal criminal statutes include:

Title: (U) Opening EC - Full Investigation
Re: 266H-DL-3446986, 05/28/2021

- Title 18 U.S.C. § 231 Civil Disorder
- Title 18 U.S.C. § 1752(a) Unlawful Entry - Restricted Building or Grounds
- Title 18 U.S.C. § 2101 – Riots
- Title 40 U.S.C. § 5104 – Injuries to Property, weapons, and violent entry/disorderly conduct on Capitol grounds
- Title 18 U.S.C. § 111 Assaulting, resisting, or impeding certain officers or employees

(U) It is therefore requested that a 266H case be opened and assigned to Special Agent Adam Pope.

**(U) PERTINENT SENSITIVE INVESTIGATIVE MATTERS:**

U) There are no known sensitive investigative matters.

**(U) WATCHLIST STATUS:**

(U) Robert Wayne Dennis potentially assaulted Federal Officers in the line of their duty during the January 6, 2021 U.S. Capitol Riots. Based on Robert Wayne Dennis' actions, FBI Dallas recommends Robert Wayne Dennis for watchlisting.

**(U) DESCRIPTIVE DATA:**

(U) Robert Wayne Dennis is described as follows:

| Name: | Robert Wayne Dennis |
|---|---|
| DOB: | 12/28/1959 |
| POB: | |
| Citizenship: | U.S. Citizen |
| Gender: | Male |

**UNCLASSIFIED//FOUO**

Title: (U) Opening EC - Full Investigation
Re: 266H-DL-3446986, 05/28/2021

| Race: | White |
| --- | --- |
| Social Security #: | 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 |
| Drivers License #: | 23897237, TX |
| Passport #: | |
| Alien Registration: | |
| Naturalization: | |
| FBI ID #: | |
| Address(es) | 6501 Alta Oaks Drive, Garland, Texas 75043 |
| Phone #: | |
| E-mail Addresses: | |
| Alias(es): | |

**(U) Additional Information/Intelligence:**

(U) LEADS for DG-OPS_DTOS_DTOU_CENTRAL:

(U) To notify DTOS of case opening and request passage of LHM to DOJ


♦♦

**UNCLASSIFIED//FOUO**