UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff

 v.             Case No. 1:21-cr- 00679 (JEB)

**ROBERT WAYNE DENNIS**

   Defendant

## TRIAL EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | **001 Series – Trump Speech at Ellipse** | | | |
| 1 | Trump C-Span Speech Recording at Ellipse on January 6, 2021 full version | 1/10 | 1/10 | DENNIS |
| 2 | Trump C-Span Speech Recording at Ellipse on January 6, 2021 Clipped version | 1/10 | 1/10 | DENNIS |
| | **100 – General Reference Ex.** | | | |
| 101 | USCP Demonstration Endorsement Sheet with attached permits | 1/9 | 1/9 | SUMMER |
| | **200 - BWC** | | | |
| 205 | Montage of MPD pushing of crowd off steps and assault on Lady in Red | 1/9 | 1/9 | POPE |
| 206 | BWC of Officer McCloskey | 1/11 | 1/11 | STIP |
| 206a | Clips from McCloskey BWC | 1/11 | 1/11 | STIP |

| | | | | |
|---|---|---|---|---|
| **206b-i** | **Screenshots from McCloskey BWC** | **1/11** | **1/11** | **STIP** |
| **207a** | **Clips from Muzzey BWC** | **1/11** | **1/11** | **STIP** |
| | **300 CCTV** | | | |
| **302** | **0514 E USCS RF Capitol West Front-2021-01-06_12h55min00s000ms.asf** | **1/9** | **1/9** | **SUMMER** |
| **306** | **0600 E USCG 00 NW Drive Exit TIMP-2021-01-06_14h13min37s000ms.asf** | **1/9** | **1/9** | **SUMMER** |
| **316** | **CCTV MONTAGE West Side** | **1/11** | **1/11** | **STIP** |
| | **400 exhibits – Cell phone pictures taken by Dennis** | | | |
| **401** | **Photo of Mr. Dennis at Rally taken at 10:47am** | **1/11** | **1/11** | **DENNIS** |
| **402** | **Photo taken by Mr. Dennis at Rally taken at 11:52pm** | **1/11** | **1/11** | **DENNIS** |
| **403** | **Photos taken by Mr. Dennis walking down towards Capitol taken at 1:58pm** | **1/11** | **1/11** | **DENNIS** |
| **404** | **Photo taken by Mr. Dennis approaching Capitol at Peace Circle at 2:09pm** | **1/11** | **1/11** | **DENNIS** |
| **405** | **Photo taken by Mr. Dennis of individual campaigning at Peace Circle taken at 2:16pm** | **1/11** | **1/11** | **DENNIS** |