UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21-cr-00679-JEB |
| | : | |
| **ROBERT WAYNE DENNIS.** | : | |

# NOTICE OF APPEAL

COMES NOW DEFENDANT, Robert Wayne Dennis, by and through appointed appellate counsel, and hereby files this Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit, from this Court's final judgment entered on April 14, 2023, [72] appealing all decisions of this Court whether pre-trial, or in-trial, or post-trial, and the Court's sentence imposed in this case.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com
Counsel for Robert Wayne Dennis

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I filed by CM/ECF the foregoing Notice of Appeal. All case registered parties will be sent notification by CM/ECF.

_____
Allen H. Orenberg.